OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200 / (214) 965-0758 (Fax)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                                      Case No. **21-31797-MVL-13**

**CINNAMON APPLEGATE EPLEY**                      CHAPTER 13

DEBTOR                                                 MICHELLE V. LARSON

**NOTICE OF FUNDS ON HAND AT TIME OF THE FILING OF NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7**

TO THE CLERK OF COURT:

    Thomas D. Powers, Chapter 13 Standing Trustee, is currently holding as of the date of the Notice of Conversion the sum of $5.00 on account of Debtor Chapter 13 Plan Payments, plus any funds received after this date and any reimbursements. The Trustee proposes to disburse these funds on hand as described below. If any creditor or other party in interest has an objection to the disbursement, the Objection and Notice of Hearing on such Objection must be in writing, filed with the Clerk of the United States Bankruptcy Court and served upon the Standing Chapter 13 Trustee, no later than **12/30/2021**, which is fourteen (14) days from the date of this Notice.

    If no Objection is filed, the funds will be disbursed to the debtor.

**The proposed disbursement will be as follows:**

    **Pursuant to *Harris v. Viegelahn*, 575 U.S. 135 S. Cl. 1829 (2015), funds on hand in the amount of $5.00 representing undistributed post-petition wages or liquidation of post-petition assets shall be returned to the debtor.**

                                                                                     Respectfully submitted,

                                                                                     /s/Thomas D. Powers
                                                                                      Thomas D. Powers
                                                                                      State Bar No. 16218700
                                                                                      105 Decker Ct
                                                                                      Suite 1150 11th Floor
                                                                                      Irving, TX 75062
                                                                                      (214) 855-9200
                                                                                      Fax: (214) 965-0758

Notice of Funds on Hand at Time of the Filing of Notice of Conversion From Chapter 13 to Chapter 7 — Page 2
Case # 21-31797-MVL-13
CINNAMON APPLEGATE EPLEY

## CERTIFICATE OF SERVICE

I certify that the Notice of Funds on Hand at Time of the Filing of Notice of Conversion From Chapter 13 to Chapter 7 has been served on the parties listed below by first class U.S. mail postage prepaid, and/or by electronic service on the date stated below.

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

| | |
|---|---|
| Debtor: | Cinnamon Applegate Epley, 3700 Mapleshade Ln, Apt 1121, Plano, Tx  75075 |
| Attorney: | Herrin Law Pllc, 4925 Greenville Ave Suite 455, Dallas, Tx  75206** |
| Notice Creditor(s): | Synchrony Bank, Pra Receivables Management, Po Box 41021, Norfolk, Va  23541 |
| U.S. Trustee | United States Trustee, 1100 Commerce St, 3rd Floor, Dallas, TX 75242** |

Date: 12/13/2021                                                                          By: /s/ Thomas D. Powers