/s/ C. Daniel Herrin
C. Daniel Herrin
State Bar No. 24065409
HERRIN LAW, PLLC
4925 Greenville Ave., Ste. 455
Dallas, TX 75206
469.607.8551 Telephone
214.722.0271 Fax

ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **EPLEY, CINNAMON APPLEGATE** | § § § § § § § | **CASE NO: 21-31797-MVL-7**<br><br>**CHAPTER: 7** |

RULE 1019 CONVERSION REPORT TO CHAPTER 7

In compliance with Rule 1019 of the Federal Rules of Bankruptcy Procedure, as well as Local Bankruptcy Rule 1019 of this Court, the above referenced Debtor (the "Debtor"), who originally filed a chapter 13 bankruptcy petition on 10/1/2021 (the "Petition Date"), herebyfiles this report in order to list the property remaining in the possession of the debtor as of the date of conversion to a proceeding under Chapter 7 (the "Conversion Date"), with such report including the following required disclosures:

LIST OF REAL AND PERSONAL PROPERTY AS OF THE PETITION DATE:

See original schedules filed on 10/12/2021, docket entry 9 (the "Original Schedules") [Note: Certain assets listed on the Original Schedules may have been subject to abandonment or lifting of the stay and, if applicable, are so noted by a deletion or strike through in the Original Schedules].

LIST OF PROPERTY ACQUIRED AFTER THE PETITION DATE BUT PRIOR TO THE CONVERSION DATE:

NONE

PROPERTY ABANDONED AFTER THE PETITION DATE BUT PRIOR TO CONVERSION DATE:

NONE

THE AUTOMATIC STAY HAS LIFTED ON THE FOLLOWING PROPERTY

AFTER THE PETITION DATE BUT PRIOR TO THE CONVERSION DATE:

NONE

LIST OF UNPAID DEBTS AND EXECUTORY CONTRACTS INCURRED AFTER THE PETITION DATE BUT PRIOR TO THE CONVERSION DATE:

NONE

Dated: December 16, 2021

                                                Respectfully Submitted,

                                                HERRIN LAW, PLLC

                                                /s/ C. Daniel Herrin
                                                C. Daniel Herrin
                                                State Bar No. 24065409
                                                HERRIN LAW, PLLC
                                                4925 Greenville Ave, Suite 455
                                                Dallas, TX 75206
                                                469.607.8551 Telephone
                                                214.722.0271 Fax

                                                ATTORNEY FOR DEBTOR