| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Cinnamon Applegate Epley<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–8204<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed in chapter: 13  10/1/21 |
| Case number: | 21–31797–mvl7 | Date case converted to chapter: 7  12/10/21 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Cinnamon Applegate Epley | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3700 Mapleshade Ln.<br>Apt. 1121<br>Plano, TX 75075 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel Herrin<br>Herrin Law, PLLC<br>4925 Greenville Avenue Suite 455<br>Dallas, TX 75206 | Contact Phone: (469) 607–8551<br>Email: ecf@herrinlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Areya Holder<br>Law Office of Areya Holder, P.C.<br>901 Main Street, Suite 5320<br>Dallas, TX 75202 | Contact Phone: (972) 438–8800<br>Email: trustee@holderlawpc.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. | **Bankruptcy clerk's office** | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.–Fri 8:30–4:30 |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact Phone: 214–753–2000<br><br>Date: 12/14/21 |

| 7. | **Meeting of creditors** | **January 12, 2022 at 09:20 AM**<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: **Areya Holder**<br>Toll free number: **866–621–8945**<br>Alternate number: **517–600–2893**<br>Participant Code: **3945839** |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | | |

**Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting.**

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 3/14/22** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

# INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors (?Meetings?) will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

**Additional Dial−In Information:**

(1) You must use a touch−tone phone to participate.

(2) <u>Landline preferred</u>. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**Recording:** The Meetings will be recorded by the trustee or United States Trustee.

United States Bankruptcy Court

Northern District of Texas

In re:                                                                                                                            Case No. 21-31797-mvl

Cinnamon Applegate Epley                                                     Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3                                       User: admin                                         Page 1 of 3

Date Rcvd: Dec 14, 2021                             Form ID: 309A                             Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cinnamon Applegate Epley, 3700 Mapleshade Ln., Apt. 1121, Plano, TX 75075-6007 |
| 19521143 | | Attorney General of Texas, Collections Div Bankruptcy Sec, P.O. Box 12548, Austin, TX 78711-2548 |
| 19521145 | | Cawley & Bergmann, 5550 Broad St., Suite 1001, Newark, NJ 07102 |
| 19542030 | | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 19521153 | | Conns Appliances, Inc., CO Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 19521155 | + | Herrin Law, PLLC, 4925 Greenville Avenue, Suite 455, Dallas, TX 75206-4055 |
| 19559064 | + | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 19521158 | + | Linebarger Goggan Blair & Sampson, LLP, 2777 N. Stemmons Freeway, Ste 1000, Dallas, TX 75207-2328 |
| 19521159 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 19521160 | + | Matthew E. Orso, soley in has capacity as court-appointed, Receiver for Rex Venture Group, 201 N Tryon St. Suite 3000, Charlotte, NC 28202-2146 |
| 19521164 | + | Rex Venture Group LLC, 201 N Tryon St. Suite 3000, Charlotte, NC 28202-2146 |
| 19521165 | + | Robert C Newark, III, 1341 W Mockingbird Ln, Suite 600W, Dallas, TX 75247-6904 |
| 19521170 | + | U.S. Trustee - Northern, 1100 Commerce Strett No. 976, Dallas, TX 75242-1011 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@herrinlaw.com | Dec 14 2021 21:37:00 | Daniel Herrin, Herrin Law, PLLC, 4925 Greenville Avenue Suite 455, Dallas, TX 75206 |
| tr | + | EDI: FAHAURZADA.COM | Dec 15 2021 02:23:00 | Areya Holder, Law Office of Areya Holder, P.C., 901 Main Street, Suite 5320, Dallas, TX 75202-3700 |
| cr | + | EDI: RMSC.COM | Dec 15 2021 02:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19537379 | | EDI: ATLASACQU | Dec 15 2021 02:23:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 19528059 | | EDI: CAPITALONE.COM | Dec 15 2021 02:23:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19521144 | + | EDI: CAPITALONE.COM | Dec 15 2021 02:23:00 | Capital One Bank -USA, N.A., Attn: General Correspondence, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 19521147 | + | EDI: WFNNB.COM | Dec 15 2021 02:23:00 | Comenity Bank - Avenue, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 19521148 | + | EDI: WFNNB.COM | Dec 15 2021 02:23:00 | Comenity Bank - Catherine, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 19521149 | + | EDI: WFNNB.COM | Dec 15 2021 02:23:00 | Comenity Bank - Express, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |

| | | | | |
|---|---|---|---|---|
| District/off: 0539-3 | | User: admin | | Page 2 of 3 |
| Date Rcvd: Dec 14, 2021 | | Form ID: 309A | | Total Noticed: 47 |
| 19521150 | + EDI: WFNNB.COM | | Dec 15 2021 02:23:00 | Comenity Bank - Lane Bryant, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 19521151 | + EDI: WFNNB.COM | | Dec 15 2021 02:23:00 | Comenity Bank - Roamans, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 19521152 | + Email/PDF: bncnotices@becket-lee.com | | Dec 14 2021 21:45:39 | Conns Appliances, 3295 College St, Beaumont, TX 77701-4611 |
| 19521154 | + EDI: PHINGENESIS | | Dec 15 2021 02:23:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 19521156 | + Email/Text: HWIBankruptcy@hunterwarfield.com | | Dec 14 2021 21:38:00 | Hunter Warfield, 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 19521157 | + EDI: IRS.COM | | Dec 15 2021 02:23:00 | Internal Revenue Service, Department of the Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 19521161 | + EDI: MID8.COM | | Dec 15 2021 02:23:00 | Midland Credit Management, Inc., as agent for Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 19527582 | + EDI: MID8.COM | | Dec 15 2021 02:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 19554843 | EDI: BL-BECKET.COM | | Dec 15 2021 02:23:00 | Nationwide Judgment Recovery, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19521162 | EDI: PRA.COM | | Dec 15 2021 02:23:00 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 19558079 | EDI: PRA.COM | | Dec 15 2021 02:23:00 | Portfolio Recovery Associates, LLC, c/o Avenue, POB 41067, Norfolk VA 23541 |
| 19555901 | EDI: PRA.COM | | Dec 15 2021 02:23:00 | Portfolio Recovery Associates, LLC, c/o Catherines, POB 41067, Norfolk VA 23541 |
| 19555900 | EDI: PRA.COM | | Dec 15 2021 02:23:00 | Portfolio Recovery Associates, LLC, c/o Lane Bryant, POB 41067, Norfolk VA 23541 |
| 19553252 | EDI: PRA.COM | | Dec 15 2021 02:23:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 19558070 | EDI: PRA.COM | | Dec 15 2021 02:23:00 | Portfolio Recovery Associates, LLC, c/o Woman Within, POB 41067, Norfolk VA 23541 |
| 19553253 | EDI: PRA.COM | | Dec 15 2021 02:23:00 | Portfolio Recovery Associates, LLC, c/o Zulily, POB 41067, Norfolk VA 23541 |
| 19524808 | + EDI: RECOVERYCORP.COM | | Dec 15 2021 02:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19543141 | EDI: Q3G.COM | | Dec 15 2021 02:23:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 19521163 | + Email/Text: bankruptcy@regionalmanagement.com | | Dec 14 2021 21:37:00 | Regional Management Corporation, 979 Batesville Road, Suite B, Greer, SC 29651-6819 |
| 19521169 | Email/Text: cmecfother@dallasch13.com | | Dec 14 2021 21:37:00 | Thomas Powers, 105 Decker Ct., Suite 1150, Irving, TX 75062 |
| 19521166 | EDI: RMSC.COM | | Dec 15 2021 02:23:00 | Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 19521167 | Email/Text: pacer@cpa.state.tx.us | | Dec 14 2021 21:38:00 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECT, P.O. Box 13528, Austin, TX 78711-3528 |
| 19521168 | Email/Text: ridpacer@twc.state.tx.us | | Dec 14 2021 21:38:00 | TEXAS EMPLOYMENT COMMISSION, TEC |

| District/off: 0539-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 14, 2021 | Form ID: 309A | Total Noticed: 47 |

| | | | |
|---|---|---|---|
| | | | BUILDING - BANKRUPTCY, 101 E. 15th Street, Austin, TX 78778-0001 |
| 19521172 | + EDI: USAA.COM | Dec 15 2021 02:23:00 | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |
| 19521171 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Dec 14 2021 21:38:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75242-0996 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19521146 | *+ | Cinnamon Applegate Epley, 3700 Mapleshade Ln., Apt. 1121, Plano, TX 75075-6007 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Areya Holder | trustee@holderlawpc.com aha@trustesolutions.net;caha11@trustesolutions.net |
| Daniel Herrin | on behalf of Debtor Cinnamon Applegate Epley ecf@herrinlaw.com |
| Thomas Powers | cmecf@dallasch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 4