

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 13, 2021**

_Michelle V. Larson_
_____
**United States Bankruptcy Judge**

BTXN 074 (rev. 03/04)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| Cinnamon Applegate Epley | § | Case No.:  21−31797−mvl13 |
| | § | Chapter No.:   13 |
| Debtor(s) | § | |

## ORDER REGARDING NOTICE OF CONVERSION

The Court, after review of the file and docket in the above entitled and numbered case, related to document 24, finds that a notice of voluntary conversion has been filed by the Debtor(s) to convert this case from Chapter 13 to Chapter 7. The Court finds that conversion of this case is effective as of the date of the notice of conversion pursuant to 11 U.S.C. §1307(a) and should be granted; it is, therefore

**ORDERED** that this case is converted to a case under Chapter 7.

### # # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re:                                                                                    Case No. 21-31797-mvl
Cinnamon Applegate Epley                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3                          User: admin                                 Page 1 of 3
Date Rcvd: Dec 14, 2021                       Form ID: pdf020                              Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cinnamon Applegate Epley, 3700 Mapleshade Ln., Apt. 1121, Plano, TX 75075-6007 |
| 19521143 | | Attorney General of Texas, Collections Div Bankruptcy Sec, P.O. Box 12548, Austin, TX 78711-2548 |
| 19521145 | | Cawley & Bergmann, 5550 Broad St., Suite 1001, Newark, NJ 07102 |
| 19542030 | | Conn Appliances, Inc., c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 19521153 | | Conns Appliances, Inc., CO Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 19521155 | + | Herrin Law, PLLC, 4925 Greenville Avenue, Suite 455, Dallas, TX 75206-4055 |
| 19559064 | + | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 19521158 | + | Linebarger Goggan Blair & Sampson, LLP, 2777 N. Stemmons Freeway, Ste 1000, Dallas, TX 75207-2328 |
| 19521159 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 19521160 | + | Matthew E. Orso, soley in has capacity as court-appointed, Receiver for Rex Venture Group, 201 N Tryon St. Suite 3000, Charlotte, NC 28202-2146 |
| 19554843 | | Nationwide Judgment Recovery, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 19521164 | + | Rex Venture Group LLC, 201 N Tryon St. Suite 3000, Charlotte, NC 28202-2146 |
| 19521165 | + | Robert C Newark, III, 1341 W Mockingbird Ln, Suite 600W, Dallas, TX 75247-6904 |
| 19521170 | + | U.S. Trustee - Northern, 1100 Commerce Strett No. 976, Dallas, TX 75242-1011 |
| 19521172 | + | USAA Federal Savings Bank, 10750 McDermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 21:45:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19537379 | | Email/Text: bnc@atlasacq.com | Dec 14 2021 21:37:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 19528059 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 21:45:22 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19521144 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2021 21:45:01 | Capital One Bank -USA, N.A., Attn: General Correspondence, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 19521147 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2021 21:38:00 | Comenity Bank - Avenue, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 19521148 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2021 21:38:00 | Comenity Bank - Catherine, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 19521149 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2021 21:38:00 | Comenity Bank - Express, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 19521150 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2021 21:38:00 | Comenity Bank - Lane Bryant, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 19521151 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0539-3
Date Rcvd: Dec 14, 2021

User: admin
Form ID: pdf020

Page 2 of 3
Total Noticed: 45

| | | | |
|---|---|---|---|
| | | Dec 14 2021 21:38:00 | Comenity Bank - Roamans, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 19521152 | + Email/PDF: bncnotices@becket-lee.com | Dec 14 2021 21:45:24 | Conns Appliances, 3295 College St, Beaumont, TX 77701-4611 |
| 19521154 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 14 2021 21:38:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 19521156 | + Email/Text: HWIBankruptcy@hunterwarfield.com | Dec 14 2021 21:38:00 | Hunter Warfield, 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 19521157 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2021 21:37:00 | Internal Revenue Service, Department of the Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 19521161 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2021 21:38:00 | Midland Credit Management, Inc., as agent for Midland Funding, LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 19527582 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2021 21:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 19521162 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2021 21:45:23 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 19558079 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2021 21:45:02 | Portfolio Recovery Associates, LLC, c/o Avenue, POB 41067, Norfolk VA 23541 |
| 19555901 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2021 21:45:02 | Portfolio Recovery Associates, LLC, c/o Catherines, POB 41067, Norfolk VA 23541 |
| 19555900 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2021 21:45:02 | Portfolio Recovery Associates, LLC, c/o Lane Bryant, POB 41067, Norfolk VA 23541 |
| 19553252 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2021 21:45:02 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 19558070 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2021 21:45:23 | Portfolio Recovery Associates, LLC, c/o Woman Within, POB 41067, Norfolk VA 23541 |
| 19553253 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2021 21:45:02 | Portfolio Recovery Associates, LLC, c/o Zulily, POB 41067, Norfolk VA 23541 |
| 19524808 | + Email/PDF: rmscedi@recoverycorp.com | Dec 14 2021 21:45:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 19543141 | Email/Text: bnc-quantum@quantum3group.com | Dec 14 2021 21:38:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 19521163 | + Email/Text: bankruptcy@regionalmanagement.com | Dec 14 2021 21:37:00 | Regional Management Corporation, 979 Batesville Road, Suite B, Greer, SC 29651-6819 |
| 19521169 | Email/Text: cmecfother@dallasch13.com | Dec 14 2021 21:37:00 | Thomas Powers, 105 Decker Ct., Suite 1150, Irving, TX 75062 |
| 19521166 | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2021 21:45:00 | Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 19521167 | Email/Text: pacer@cpa.state.tx.us | Dec 14 2021 21:38:00 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS, REVENUE ACCOUNTING DIV - BANKRUPTCY SECT, P.O. Box 13528, Austin, TX 78711-3528 |
| 19521168 | Email/Text: ridpacer@twc.state.tx.us | Dec 14 2021 21:38:00 | TEXAS EMPLOYMENT COMMISSION, TEC BUILDING - BANKRUPTCY, 101 E. 15th Street, Austin, TX 78778-0001 |
| 19521171 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Dec 14 2021 21:38:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75242-0996 |

TOTAL: 30

District/off: 0539-3       User: admin       Page 3 of 3

Date Rcvd: Dec 14, 2021       Form ID: pdf020       Total Noticed: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19521146 | *+ | Cinnamon Applegate Epley, 3700 Mapleshade Ln., Apt. 1121, Plano, TX 75075-6007 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021       Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel Herrin | on behalf of Debtor Cinnamon Applegate Epley ecf@herrinlaw.com |
| Thomas Powers | cmecf@dallasch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 3